DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE ARANDA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2791

[January 23, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri Collins, Judge; L.T. Case No. 2013CF004688AXXXWB.

Christopher A. Haddad of the Law Office of Christopher A. Haddad, P.A., West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***